IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SHIRLEY MINOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 04-0806-CV-W-HFS |
| AETNA/MACC, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

Before the court is plaintiff's motion to dismiss the complaint against defendant, AETNA/MACC, with prejudice.

Accordingly, it is hereby

ORDERED that plaintiff's motion to dismiss (ECF doc. 21) is GRANTED, and the above captioned case is DISMISSED with prejudice.

/s/ Howard F. Sachs
HOWARD F. SACHS
UNITED STATES DISTRICT JUDGE

December 15, 2005

Kansas City, Missouri